IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                    No. CIV S-11-3435 KJM-KJN

    vs.

AUNGER & AUNGER, L.P.,                  <u>ORDER</u>

    Defendants.

_____/

        Plaintiff filed his complaint on December 27, 2011. (ECF 1.) Federal Rule of Civil Procedure 4(m) provides that service must be effected within 120 days of the filing of a complaint unless "plaintiff shows good cause for the failure." One hundred and twenty (120) days have passed and defendant has not been served; notably, plaintiff has not sought an extension of time to effect service.

        Accordingly, plaintiff is hereby ordered, within fourteen (14) days, to show cause why this action should not be dismissed. The status (pretrial scheduling) conference set for May 17, 2012 is vacated, to be reset by the court if necessary.

        IT IS SO ORDERED.

DATED: May 10, 2012.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

1